UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:                                           CHAPTER 7

AMY KATZENBURGER,                                BANKRUPTCY NO. 05-00872-D

DEBTOR.

---

AMY KATZENBURGER,

      PLAINTIFF,

vs                                               ADVERSARY NO.

AFNI, Inc.,

      DEFENDANT.

---

COMPLAINT FOR SANCTIONS FOR VIOLATION
OF § 524(a) INJUNCTION

COMES NOW the Debtor, Amy Katzenburger, and hereby moves for the imposition of sanctions, including actual damages, punitive damages, attorney fees and costs, against the following Creditor of the Debtor for violation of 11 U.S.C. 524(a),

Afni, Inc.
PO Box 3427
Bloomington, IL 61702-3427

and in support thereof, Debtor states that:

    1. Debtor filed her bankruptcy petition on March 9, 2005.

    2. Notice of the filing was mailed by the U.S. Bankruptcy Court Clerk's Office on March 10, 2005.

    3. Afni, Inc. was inadvertently unlisted as a creditor of the Debtor on Schedule F and on the matrix of Creditors at the above listed address.

4. However, on February 20, 2007, the undersigned sent a notice of bankruptcy to Afni, Inc.

5. Debtor received her discharge on July 13, 2005, as well as her final decree.

6. The above Creditor has, subsequent to notice of the bankruptcy, mailed another settlement offer dated March 21, 2007, to the Debtors demanding payment to the creditor.

7. Afni, Inc. has not have made application for, and no Order has been entered, lifting the §362(a) automatic stay prior to the entry of the Final Decree or Discharge of Debtor.

8. The actions of Afni, Inc. is in violation of the injunction provisions of 11 U.S.C. 524(a).

WHEREFORE the Debtor, Afni, Inc., hereby request that the Court find that the above Creditor has violated the injunction provisions of 11 U.S.C. 524(a), and that appropriate sanctions, including actual damages, punitive damages, attorney fees and costs be imposed against said Creditor.

    AMY KATZENBURGER, Debtor,

    By: /s/ Stuart G. Hoover
    Stuart G. Hoover, AT0003578
    BLAIR & FITZSIMMONS, P.C.
    850 White Street
    Dubuque, IA  52001-7035
    T: 563-588-1970; F: 563-556-4033
    E: shoover@blairfitzsimmons.com
    ATTORNEY FOR DEBTOR